IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMALUD-DIN ALMAHDI,
      Petitioner
    v.
ROBERT WERLINGER, WARDEN,
F.C.I. LORETTO,
      Respondent

Case No. 3:11-cv-187-KRG-KAP

## Memorandum Order

Petitioner's Motion to Alter or Amend Judgment Under Fed.R.Civ.P. 59(e), docket no. 17, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b)(3) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 12, 2013, docket no. 18, recommending that the motion be denied. The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections that are meritless.

Upon de novo review of the record of this matter, the following order is entered:

AND NOW, this **8th** day of November 2013, it is

ORDERED that the petitioner's Motion to Alter or Amend Judgment, docket no. 17, is denied.

BY THE COURT:

*Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Jamalud-Din Almahdi, Reg. No. 15322-086
> F.C.I. Fort Dix
> P.O. Box 2000
> Fort Dix, NJ 08640